Milton Edward Griggs, Appellant

VS.

The State OF Texas, Appellees

Court of Appeals
6th Appellate District of Texas
At Texarkana
06-15-00070-CR
The Court of Appeals
Sixth District

RECEIVED IN
The Court of Appeals
Sixth District
MAY 1 1 2015
Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District
MAY 1 1 2015
Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. # 06-15-00047-CR
Trial No # CR-1401075
( May 8, 2015 ) Date

Page 1 of 2

Now Comes the Appellant, Milton Edward Griggs and Move this court of Appeals For ~~the~~ An Emergency Furlough Due to Appellants <u>Wife</u> being on ¿ <u>oR</u> is and <u>oR</u> was on <u>Life Support</u> In Baylor Hospital In Dallas Texas on about <u>5-1-15</u> <u>Suffering with Cancer ¿ Pneumonia.</u>

The Appellant has requested <u>repeatedly</u> for the assistance of the Sheriffs Officials Assistance, And was told that <u>only</u> Jhe sentencing Judge [~~Judge~~ Timothy S. Linden] Could approve such.

Appellant filed an Request for an Emergency Furlough and requested hearing on Such. Such was filed 5-4, ¿ 5 - 2015 But to <u>No Avail!</u> Just as all the other Request submitted to Judge Timothy Lindens Court has all gone <u>Unanswered</u> oR <u>Addressed</u> Regardless of My Plea for Some form of a response from his court regarding such Life ¿ Death issue with My Wife whom I am <u>Legally Married</u> to and <u>Has been</u> for over <u>15 year to</u> (Brenda Kay Griggs)

Now the Appellant has been told by Jail officials that Due to my having filed an Appeal that its such Request for An ~~Emergency~~ Furlough must be <u>obtained from this Court of Appeals?</u> Appellant Hereby files such Request for atleast a <u>72 hour</u> Emergency Furlough.

<u>Facts In Support of Emergency Furlough.</u>

Appellant was Sentenced to <u>300 days</u> In the Hunt County Jail by Judge Timothy S. Linden for <u>A misdemeanor</u> offense of Failure to <u>I.D.</u> Feb. 13, 2015 Having over 100 Plus days on such sentence.

Appellant Has No other Pending Cases, Not on Parole, or Probation of Any sort.

Appellant was on P.R. Bond clear up until his Feb 13, 2015 sentence and Did Appear In court on time while on P.R. Bond any and everytime scheduled for court and having been Granted A PR Bond, As well As Having sucessfully completed 30 day work release program Hear at the Hunt County Jail In 2012. Appellant, Milton Edward Griggs Hereby State Under Oath of Both State & Federal Law the Following:

That I, Milton Edward Griggs, the Appellant Is Not an Flight risk and will and would Abide by any and All Rules & Regulations ect. set aside in such 72 hour Emergency Furlough Upon such being Granted per this Life & Death Matter, Regarding my wife BRENDA KAY GRIGGS.

Wherefore I, Milton Edward Griggs Appellant Pray that This Honorable Judge & Court Grant his 72 hour Emergency Furlough and OR Order The the Appropriate?, Court to Immediately Address Such Seriously Serious Matter? And OR Render some form of a Assistance? I Hereby State Under Oath that the above written is being forward by U.S. mail on this 8th Day of May 2015.

Respectfully Submitted
Milton Edward Griggs
Milton Edward Griggs #25791
Hunt County Jail
2801 Stuart St.
Greenville TX,
75401

(page 2 of 2)

Milton Griggs
VS.
State of Texas



( Date
5-8-15 )

Dear Honorable Clerk;

Please find Appellants Request for An Emergency Furlough & OR Assistance and Have Such Filed with this Honorable Appeals Court A.S.A.P.? For God knows such will Be Most Highly & Greatfully Appreciated.

Thank
You;

Respectfully Requested
Milton Griggs #25791
Milton Griggs
Hunt County Jail
2801 Stuart St.
Greenville TX,
75401